CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

HIMAT SINGH BAINIWAL (SBN: 322354)
himat@bainiwallaw.com
BAINNIWAL LAW
2797 Park Avenue Suite 201
Santa Clara, CA 95050
Telephone: (408) 646-1661
Facsimile: (408) 693-3031
Attorneys for Defendant
Bhupinder S. Parmar

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON | Case: 3:20-cv-07368-JCS |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |
| BHUPINDER S. PARMAR | |
| Defendant. | |

1

1

## **STIPULATION**

2

3       Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and

4  between the parties hereto that this action may be dismissed with prejudice

5  as to all parties; each party to bear his/her/its own attorneys' fees and costs.

6  This stipulation is made as the matter has been resolved to the satisfaction of

7  all parties.

8

9  Dated: April 29, 2021      CENTER FOR DISABILITY ACCESS

10

11                   By: /s/ Amanda Seabock

                        Amanda Seabock

12                        Attorneys for Plaintiff

13  Dated: April 29, 2021      BAINNIWAL LAW

14                   By: /s/ Himat Singh Bainiwal

15  _____     Himat Singh Bainiwal

                        Attorneys for Defendant

16                        Bhupinder S. Parmar

17

18

19  Dated: May 3, 2021

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

20

21

22

23

24

25

26

27

28

Joint Stipulation for Dismissal        Case: 3:20-cv-07368-JCS

1

## **SIGNATURE CERTIFICATION**

2

3   I hereby certify that the content of this document is acceptable to Himat

4   Singh Bainiwal, counsel for Bhupinder S. Parmar and that I have obtained Mr.

5   Bainiwal's authorization to affix his electronic signature to this document.

6

7   Dated: April 29, 2021              CENTER FOR DISABILITY ACCESS

8

9                                     By: /s/ Amanda Seabock
                                          Amanda Seabock
10                                        Attorneys for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Stipulation for Dismissal              Case: 3:20-cv-07368-JCS